## NOTICE OF REMOVAL

# EXHIBIT 1

## Complaint for Breach of Contract

## Confidential pursuant to contemporaneously filed motion to file removal documents under seal.

*Alexsam, Inc. v. WildCard Systems, Inc.*
USDC, Southern District of Florida, Ft. Lauderdale Division