UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 0:15-cv-61736-BB
(Florida State Court Case No. 062015-CA-010434-AXXXCE)

ALEXSAM, INC.,

    Plaintiff/Counterclaim-Defendant,

v.

WILDCARD SYSTEMS, INC.,
eFUNDS CORPORATION, and
FIDELITY NATIONAL INFORMATION
SERVICES, INC.,

    Defendants/Counterclaim-Plaintiffs.

## PLAINTIFF ALEXSAM, NOTICE OF STRIKING [DE24] NOTICE (OTHER)

Plaintiff/Counterclaim-Defendant Alexsam, Inc. (hereinafter, "Alexsam"), by and through its undersigned counsel, hereby files this Notice of Striking [DE 24] Notice of Corporate Disclosure Statement. Plaintiff/Counterclaim-Defendant will file the corrected document using the Certificate of Interested Parties/Corporate Disclosure Statement, as directed by the Clerk's Notice to Filer [DE 25].

    Respectfully submitted September 25, 2015,

| | |
|---|---|
| *Attorneys for Plaintiff/Counterclaim-Defendant, Alexsam, Inc.* | /s/ Edward S. Polk |

Edward S. Polk, Fla. Bar No. 239860
**COLE, SCOTT & KISSANE, P.A.**
9150 South Dadeland Boulevard, Suite 1400
Miami, Florida 33156
Telephone: (305) 350-5338
Facsimile: (305) 373-2294
Email: edward.polk@csklegal.com

Of Counsel
Jacqueline K. Burt, GA Bar No. 425322
Jonathan R. Miller, GA Bar No. 507179
**HENINGER GARRISON DAVIS, LLC**
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Telephone: (404) 996-0861, 0893
Facsimile: (205) 547-5502, 5506
Email: jburt@hgdlawfirm.com
Email: jmiller@hgdlawfirm.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY on this 24th day of September 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served on this day upon: Jeffrey Berkowitz, Esq., jeffrey.berkowitz@finnegan.com, Two Freedom Square 11955 Freedom Dr. Reston, Virginia 20190; R. Benjamin Cassady, Esq., 901 New York Avenue, NW, Washington, DC 20001, r.benjamin.cassady@finnegan.com; R. Eric Bilik, Esq., ebilik@mcguirewoods.com, Emily Y. Rottmann, Esq., erottmann@mcguirewoods.com, Kimberly T. Mydock, Esq., kmydock@mcguirewoods.com, 50 North Laura Street, Suite 3300 Jacksonville, Florida 32202; and Jacqueline K. Burt, Esq., jburt@hgdlawfirm.com, Jonathan R. Miller, Esq., jmiller@hgdlawfirm.com, Heninger Garrison Davis, LLC, 3621 Vinings Slope, Suite 4320, Atlanta, GA 30339, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

                                        */s/ Edward S. Polk*
Edward S. Polk, Fla. Bar No. 239860
COLE, SCOTT & KISSANE, P.A.
Attorney for Plaintiff/Counter-Defendant Alexsam, Inc.
9150 South Dadeland Boulevard, Suite 1400
Miami, Florida 33156
Telephone: (305) 350-5338
Facsimile: (305) 373-2294
Email: edward.polk@csklegal.com